1  Michael R. Lozeau (State Bar No. 142893)
   E-mail: rebecca@lozeaudrury.com
2  Rebecca L. Davis (State Bar No. 271662)
   E-mail: michael@lozeaudrury.com
3  LOZEAU DRURY LLP
4  1939 Harrison St., Suite 150
   Oakland, CA 94612
5  Tel: (510) 836-4200
   Fax: (510) 836-4205
6
7  Attorneys for Plaintiff
   COMMUNITIES FOR A BETTER ENVIRONMENT
8
   Gary J. Smith (State Bar No. 141393)
9  E-mail: gsmith@bdlaw.com
   BEVERIDGE & DIAMOND, P.C.
10 465 Montgomery St., Suite 1800
   San Francisco, CA 94104
11 Tel: (415) 262-4045
   Fax: (415) 262-4040
12
13 Attorneys for Praxair, Inc.

14                     **UNITED STATES DISTRICT COURT**

15                    **CENTRAL DISTRICT OF CALIFORNIA**

16 | COMMUNITIES FOR A BETTER             | Case No. 2:19-cv-05270-DSF-JEM
17 | ENVIRONMENT, a non-profit corporation,|
   |                                       | **REQUEST FOR ENTRY OF CONSENT**
18 |              Plaintiff,               | **DECREE**
19 |        vs.                            |
20 | PRAXAIR, INC., a Delaware corporation,|
21 |              Defendant.               |

28 REQUEST FOR ENTRY OF CONSENT            Case No. 2:19-cv-05270-DSF-JEM
   DECREE

On October 17, 2019, Plaintiff Communities for a Better Environment sent a letter to the United States Department of Justice and the United States Environmental Protection Agency to trigger a mandatory 45-day review period to review the [Proposed] Consent Decree entered into by the parties on October 16, 2019.  *See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5.  On November 14, 2019, the Department of Justice sent the parties a letter indicating that the federal agencies had no objection to entry of the [Proposed] Consent Decree.  That letter is attached hereto as Exhibit 1.  Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree, attached hereto as Exhibit 2, and filed with the Court contemporaneously with this request.

Dated:  November 15, 2019           LOZEAU DRURY LLP

                                    By: */s/ Rebecca Davis*
                                        Rebecca L. Davis
                                        Attorney for Communities for a Better Environment

Dated:  November 15, 2019           BEVERIDGE & DIAMOND P.C.

                                    By: */s/Gary J. Smith*
                                        Gary J. Smith
                                        Attorney for Praxair, Inc.

-1-

REQUEST FOR ENTRY OF CONSENT DECREE                    Case No. 2:19-cv-05270-DSF-JEM